1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-7210
7  Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov
8
   Attorneys for Applicant
9

FILED
MAR 3 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  ) No. 3 06-70216

14  IN THE MATTER OF A              )   UNITED STATES' MOTION TO SEAL
    CRIMINAL COMPLAINT              )   CRIMINAL COMPLAINT DOCUMENTS
15                                  )   AND [PROPOSED] ORDER
                                    )
16  _____)

17       The government hereby moves the Court for an order sealing this motion, the Criminal

18  Complaint and attached Affidavits and Documents, and the Sealing Order until further order of

19  the Court. The government believes that disclosure of the existence of the search warrant and/or

20  the information contained in the supporting affidavit may jeopardize the progress of the ongoing

21  investigation and may jeopardize the safety of potential witnesses.

22

23  DATED: March 31, 2006                        Respectfully Submitted,

24                                               KEVIN V. RYAN
                                                 United States Attorney
25

26

27                                               _____
                                                 ROBERT DAVID REES
28                                               Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Criminal Complaint and attached Affidavits and Documents, and this Sealing Order shall be sealed until further order of the Court.

DATED: 31 March 06

HON. BERNARD ZIMMERMAN
United States Magistrate Judge