1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7210
7      Facsimile: (415) 436-7234
       Email: robert.rees@usdoj.gov
8
   Attorneys for Applicant
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13                                        )   No. 3 06 70216 BZ
                                          )
14 IN THE MATTER OF A                     )   **UNITED STATES' MOTION TO**
   CRIMINAL COMPLAINT                     )   **UNSEAL CRIMINAL COMPLAINT**
15                                        )   **AND RELATED DOCUMENTS AND**
                                          )   **[PROPOSED] ORDER**
16 _____)

17      The United States hereby moves the Court for an order unsealing the above captioned
18 Criminal Complaint and Affidavit, and the Sealing Motion and Order originally accompanying
19 those documents, until further order of the Court. The Federal Bureau of Investigation seeks to
20 publicize this matter in an effort to generate leads as to the whereabouts of the defendant, a
21 fugitive.
22
23 DATED: January 16, 2007                     Respectfully Submitted,
24                                             KEVIN V. RYAN
                                               United States Attorney
25
26
27
                                               ROBERT DAVID REES
28                                             Assistant United States Attorney

**ORDER**

Based upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the above captioned United States' Criminal Complaint and attached Affidavit, along with the Sealing Motion and Order originally accompanying those documents, shall be unsealed until further order of the Court.

DATED: 18 Jan 07

HON. JAMES LARSON
Chief United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

UNDER SEAL,

        Defendant.
_____/

Case Number: CR3-06-70216 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert David Rees
U.S. Attorney's Office
Criminal Division
450 Golden Gate Ave
Box 36055
San Francisco, CA 94102

Dated: January 19, 2007

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk